Shaun L.W. SAMUELS,
Plaintiff–Appellant

v.

TRIVASCULAR, INC., Michael V. Chobotov, Robert G. Whirley, Joseph W. Humphrey, Defendants–Appellees

2016–1490

United States Court of Appeals,
Federal Circuit.

November 3, 2016

JAMES D. PETRUZZI, The Petruzzi Law Firm, Houston, TX, argued for plaintiff-appellant. Also represented by EVERETT G. DIEDERIKS, JR., NICHOLAS SPENCER WHITELAW, Diederiks & Whitelaw PC, Woodbridge, VA.

WILLIAM H. BURGESS, Kirkland & Ellis LLP, Washington, DC, argued for defendants-appellees. Also represented by JOHN C. O'QUINN.

### JUDGMENT

Per Curiam (Moore, Wallach, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

PRIME DATUM, INC., Appellant

v.

BALDOR ELECTRIC COMPANY,
Appellee

2016–1051

United States Court of Appeals,
Federal Circuit.

November 4, 2016

JOSEPH LUCCI, Baker & Hostetler LLP, Philadelphia, PA, argued for appellant. Also represented by JOHN FRANK MURPHY, JEB BACON OBLAK.

PAUL B. HUNT, Barnes & Thornburg LLP, Indianapolis, IN, argued for appellee. Also represented by JOSHUA PAUL LARSEN.

### JUDGMENT

Per Curiam (Lourie, O'Malley, and Taranto, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.